**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| ABREHAM ASRAT HAILEMARIAM | CIVIL ACTION NO. 26-1081 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN, JACKSON PARISH | MAGISTRATE JUDGE HORNSBY |

### ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 3, the plaintiff's petition for writ of habeas corpus, Record Document 1, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiff's petition is **DISMISSED WITHOUT PREJUDICE.**

**DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of July, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE